UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.N. CATTLE CO., INC., a CaliforniaCorporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AUDUBON SOCIETY, INC., et al,<br><br>Defendants. | No. 2:19-cv-00195-KJM-EF<br><br>AMENDMENT TO THE SCHEDULING ORDER |

The parties jointly request (ECF No. 17) to amend dates in the pretrial scheduling order (ECF No. 12). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 4/30/2020 | 10/30/2020 |
| Expert Disclosures | 5/8/2020 | 11/8/2020 |
| Supplemental Expert Disclosures | 6/9/2020 | 12/9/2020 |
| Completion of Expert Discovery | 7/2/2020 | 1/2/2021 |
| All Dispositive Motions Hearing Date | 3/13/2020 | 9/4/2020 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 12).

1

IT IS SO ORDERED.

DATED: March 9, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE